**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DERRICK GRANTLEY,

    Plaintiff,

v.                                                    CASE NO. 3:17cv35-MCR/HTC

E L SAM, S I YUN, M NICHOLS,
and A ENFINGER,

    Defendants.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated May 3, 2019, ECF No. 82. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

(2) The Defendants' Motion for Summary Judgment, ECF No. 69, is **GRANTED** in its entirety, and the Plaintiff's Motion for Summary Judgment, ECF Doc 58, is **DENIED** in its entirety.

(3) The clerk of the court for the United States District Court for the Northern District of Florida is directed to enter the following judgment: "Summary Judgment is GRANTED in favor of Defendants and against Plaintiff on all claims in this case."

(4) The clerk is directed to close the file for this case.

**DONE AND ORDERED** this 10th day of June 2019.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**